Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 73.158.156.52

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>      Plaintiff,<br><br>    vs.<br><br>John Doe subscriber assigned IP address 73.158.156.52<br>      Defendants. | No. 4:18-cv-03902-kAW<br><br>**NOTICE OF APPEARANCE FOR IP address 73.158.156.52** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP address 73.158.156.52.

    DATED this 20th day of August, 2018.

                                              **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**

                                              By /S/ Steve Vondran
                                                  Steven C. Vondran, Esq.
                                                  *Attorneys for IP address 73.158.156.52*

**ORIGINAL** of the foregoing *e-filed* this 20th day of August 2018, with:

UNITED STATES DISTRICT COURT

Kandis A. Westmore

*Oakland Courthouse*
*1301 Clay Street, Oakland, CA 94612*

**COPY** *mailed* this date to:

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

Executed on August 20*, 2018,* at Phoenix, Arizona

By:   */s/     Lisa Vondran*
         Lisa Vondran, Assistant